THE PEOPLE OF THE STATE OF NEW YORK ex rel. BILLY WITHERSPOON, Appellant, v JAMES MORRISSEY, Superintendent, Butler Correctional Facility, Respondent. [893 NYS2d 798]—Appeal from a judgment of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered March 25, 2008. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.